**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JESSE L. HALL,
REG. #12126-035                                                                                               PLAINTIFF

v.                                       2:11-cv-00012-BSM-JTK

UNITED STATES OF AMERICA                                                                    DEFENDANT

**ORDER**

Plaintiff, a federal inmate proceeding pro se, seeks relief in a Federal Tort Claims Act action (FTCA) and has been granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 . This matter was transferred to this Court from the United States District Court, Western District of Wisconsin (Doc. No. 1).   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for Defendant.

The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 3) and summons on the Defendant, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 24th day of February, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE