**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

JESSE L. HALL,
REG. #12126-035                                                                                      PLAINTIFF

v.                                              2:11-cv-00012-BSM-JTK

UNITED STATES OF AMERICA                                                       DEFENDANT

<u>**ORDER**</u>

The Court has determined that counsel shall be appointed to represent the Plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Thomas G. Williams, 111 Center Street, Suite 1900, Little Rock, AR 72201-3325, 501-379-1700, is hereby appointed to represent Plaintiff Jesse Hall in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]   Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 4th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.